IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MINORA, MINORA, COLBASSINI, KROWIAK, MATTIOLI & MUNLEY, | CIVIL ACTION NO. 3:16-CV-1095 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| JP MORGAN CHASE BANK, N.A., | FILED SCRANTON MAR 2 9 2017 Per_____ DEPUTY CLERK |
| Defendant. | |

### ORDER

**NOW,** this 29th day of March, 2017, counsel having notified the Court that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge